IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARNULFO NAVA TELLES,<br>A# 243-024-736,<br><br>*Petitioner*,<br><br>V.<br><br>MIGUEL VERGARA, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement, *et al.*,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-05528-FB |

**ORDER OF DISMISSAL AND JUDGMENT**

Before the Court is the Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (ECF No. 4), filed by Petitioner Arnulfo Nava Telles ("Petitioner") on September 10, 2026. Petitioner seeks to dismiss his habeas petition because he has been given a final order of removal, did not reserve his appeal, and accepted voluntary departure. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus (ECF No. 4) is GRANTED such that the Petition for Writ of Habeas Corpus (ECF No. 1) filed by Arnulfo Nava Telles is DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 11th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE